Thomas P. Miller, WSBA #34473
Ann E. Trivett, WSBA # 39228
Keating, Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Suite 1210
Seattle, WA 98104
(206) 623-8861

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHAD DOMITROVICH,

                    Plaintiff,

        v.

SPOKANE COUNTY, CITY OF
SPOKANE VALLEY, CITY OF
LIBERTY LAKE, SAMUEL
TURNER, JORDAN SOWELL,
JENNIFER MCINELLY AND DOES
1-10,

                    Defendants.

No. 2:24-cv-00255

**NOTICE OF REMOVAL**

(SPOKANE COUNTY
SUPERIOR COURT CAUSE NO.
24-2-01998-32)

Pursuant to 28 U.S.C. § 1443, and 28 U.S.C. § 1446, Defendants CITY

OF LIBERTY LAKE, JORDAN SOWELL, and JENNIFER MCINELLY,

hereby removes the above-entitled action to the United States District Court

for the Eastern District of Washington.  Defendants state:

        The above-entitled action was filed in the Superior Court of SPOKANE

County, Cause No. 24-2-01998-32.

        Jurisdiction of this Court is based on 28 U.S.C. § 1331, 28 U.S.C. §

NOTICE OF REMOVAL - 1
24-2-01998-32
1476-00040/684336

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1343, 28 U.S.C. §1367, 28 U.S.C. §1441, and/or 28 U.S.C. §1443.

Plaintiff's various claims seek damages for deprivation of constitutional rights under 42 U.S.C. §1983 for alleged violations of Plaintiff's Fourth and Fourteenth Amendment rights. *See,* Paragraphs 56-59 of Plaintiff's Complaint.

Defendants received Plaintiff's Complaint on July 11, 2024.

Pursuant to 28 U.S.C. §1446(a), true and correct copies of all pleadings previously served on Defendants are attached to counsel's verification.

Defendants Spokane County, City of Spokane Valley, and Samuel Turner consent to removal of this action to the United States District Court for the Eastern District of Washington.

Defendants reserve any and all affirmative defenses, including but not limited to insufficient service of process.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED:  July 25, 2024

KEATING, BUCKLIN & McCORMACK, INC., P.S.


By: */s/ Thomas P. Miller*
Thomas P. Miller, WSBA #34473

By: */s/ Ann E. Trivett*
Ann E. Trivett, WSBA # 39228

*Attorneys for Defendants City of Liberty Lake, Jordan Sowell, and Jennifer McInelly*

801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone:        (206) 623-8861
Fax:   (206) 223-9423
Email:        tmiller@kbmlawyers.com
              atrivett@kbmlawyers.com

NOTICE OF REMOVAL - 3
24-2-01998-32
1476-00040/684336

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## DECLARATION OF SERVICE

I hereby certify that on July 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mark J. Harris, WSBA # 31720
William C. Maxey, WSBA # 6232
Maxey Law Offices PS
1835 W Broadway Ave
Spokane, WA 99201-1819
Email: markh@maxeylaw.com; tinas@maxeylaw.com

☑ E-mail    ☐ United States Mail    ☐ Legal Messenger

**Attorneys for Spokane Valley**

Kelly E Konkright, WSBA #33544
City of Spokane Valley
10210 E Sprague Ave
Spokane Valley, WA 99206-3682
Email: kkonkright@spokanevalleywa.gov

☑ E-mail    ☐ United States Mail    ☐ Legal Messenger

**Attorneys for Spokane County and Samuel Turner**

Heather Yakely, WSBA # 28848
Evans, Craven & Lackie, PS
818 W Riverside Ave Ste 250
Spokane, WA 99201-0994
Email: hyakely@ecl-law.com
☑ E-mail    ☐ United States Mail    ☐ Legal Messenger

NOTICE OF REMOVAL - 4
24-2-01998-32
1476-00040/684336

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED this 25th day of July, 2024, at Seattle, Washington.


/s/ Sydney McCrorie
Sydney McCrorie, *Legal Assistant*

NOTICE OF REMOVAL - 5
24-2-01998-32
1476-00040/684336

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423