FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHAD DOMITROVICH,<br><br>              Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY, CITY OF SPOKANE VALLEY, CITY OF LIBERTY LAKE, SAMUEL TURNER, JORDAN SOWELL, JENNIFER MCINELLY AND DOES 1-10,<br><br>              Defendants. | No. 2:24-CV-0255-TOR<br><br>ORDER OF DISMISSAL |

Before the Court is the Stipulated Motion to Dismiss certain Defendants. ECF No. 21.

Accordingly, the Motion is granted and all of Plaintiff's claims in this matter against Defendants SAMUEL TURNER, JORDAN SOWELL, and JENNIFER MCINELLY, are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.  The file remains OPEN.

**DATED** July 8, 2025.



              THOMAS O. RICE
        United States District Judge

ORDER OF DISMISSAL ~ 1