FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHAD DOMITROVICH,<br><br>    Plaintiff,<br><br> v.<br><br>SPOKANE COUNTY, CITY OF SPOKANE VALLEY, CITY OF LIBERTY LAKE, AND DOES 1-10,<br><br>    Defendants. | NO: 2:24-CV-0255-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Plaintiff's and the Defendant's Spokane County and City of Spokane Valley, Stipulation of Dismissal of Action with Prejudice (ECF No. 23). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides without assessment by the Court of costs or attorneys' fees to either party. The Court has reviewed the record and files herein and is fully informed.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** against Spokane County and City of Spokane Valley with prejudice, without assessment by the Court of costs or attorneys' fees to either party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and the file remains **OPEN**.

**DATED** August 19, 2025.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2