FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHAD DOMITROVICH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SPOKANE COUNTY, CITY OF SPOKANE VALLEY, CITY OF LIBERTY LAKE, AND DOES 1-10,<br><br>　　　　　Defendants. | NO:  2:24-CV-0255-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the Stipulated Motion to Dismiss the City of Liberty Lake.  ECF No. 26.

　　　Accordingly, the Motion is granted and all of Plaintiff's claims in this matter against Defendant CITY OF LIBERTY LAKE, are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.  The file shall be CLOSED.

　　　DATED August 21, 2025.



　　　　　　　　　THOMAS O. RICE
　　　　　　　United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 1