AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 21, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CHAD DOMITROVICH<br>*Plaintiff*<br>v.<br>SPOKANE COUNTY, CITY OF SPOKANE VALLEY, CITY OF LIBERTY LAKE, AND DOES 1-10<br>*Defendant* | Civil Action No. 2:24-CV-0255-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion to Dismiss the City of Liberty Lake, ECF No. 26, is granted. All of Plaintiff's claims in this matter against Defendant CITY OF LIBERTY LAKE, are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

Date: 8/21/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham